```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LEE SIEGEL, PHILIP HARRIS, and JORGE    :     13cv1351 (DLC)
OLIVEROS,                               :
                                        :         ORDER
                Plaintiffs,             :
                                        :
        -v-                             :
                                        :
BLOOMBERG L.P.,                         :
                                        :
                Defendant.              :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

In light of today's Opinion granting in part plaintiffs' motion for summary judgment, it is hereby

ORDERED that the parties shall file the Joint Pretrial Order by April 10, 2015. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge, and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

IT IS FURTHER ORDERED that the case shall be placed on the May 4, 2015 trial ready calendar. The parties must be ready to proceed on 24 hours' notice. The parties may contact the Deputy Clerk, Gloria Rojas, to learn where the case stands on the

calendar. The following procedures shall govern the conduct of the trial.

1. All exhibits must be pre-marked.

2. At the start of the trial each party will present the Court with the following documents:

    (a) Three copies of a complete exhibit list.

    (b) A set of pre-marked exhibits assembled sequentially i) in a looseleaf binder, or ii) in separate manila folders labeled with the exhibit numbers and placed in a suitable container or box for ready reference.

    (c) The exhibits should include copies of the sections of any depositions that are intended to be offered into evidence and any charts or summaries of evidence.

3. Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday. There will be a mid-morning, a mid-afternoon, and a lunch break from 12:45 p.m. to 2 p.m.

5. There should be no sidebars during jury trials.

    Counsel are expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the Court in advance of the time that the jury will be hearing the evidence.

6. Unless counsel request otherwise prior to trial, depositions offered in lieu of live testimony will not be read to the jury. Counsel should make sufficient copies of those depositions or sections of depositions so that each juror has a complete set. If the volume of such transcripts warrants it, the transcripts should be placed in a binder. The jury will be given time to read the depositions at home, or if appropriate, in the courthouse.

7. If counsel intend to distribute copies of documentary exhibits to the jury, make a separate copy for each juror.

8. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the Clerk is not responsible for them.

IT IS FURTHER ORDERED that the parties shall contact the Chambers of Magistrate Judge Debra C. Freeman no later than

January 21, 2015 to arrange for a settlement conference to be scheduled no later than February 20, 2015.

Dated:   New York, New York
         January 16, 2015

							_____
							DENISE COTE
							United States District Judge