UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

LEE SIEGEL, on behalf of himself and PHILIP
HARRIS, JORGE OLIVEROS,

                Plaintiffs,

- v -

BLOOMBERG L.P.,

                Defendant.

---------------------------------------------------------------- x

Case No. 13-CV-1351 (DLC) (DF)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND REFERRAL TO UNITED STATES MAGISTRATE JUDGE**

WHEREAS, the above-captioned action was referred to The Honorable Debra Freeman, United States Magistrate Judge, for settlement by order dated December 3, 2013;

WHEREAS, Magistrate Judge Freeman held a mediation with the parties on February 17, 2015 and proposed a settlement amount to which the parties agreed;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that all claims other than Plaintiffs' claims for attorneys' fees and costs be dismissed with prejudice.

Plaintiffs' claim for attorneys fees and costs shall be referred to The Honorable Debra Freeman, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c). Any application for attorneys' fees and costs shall be made no later than 21 days from the date of this Order or as further stipulated by the parties or Ordered by the Court.

So ordered.

*[signature]*
4/20/15

Dated: April __, 2015

| GETMAN & SWEENEY | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| By: _____<br>   Dan Getman<br>   9 Paradies Lane<br>   New Paltz, New York 12561<br>   dgetman@getmansweeney.com | By: _____<br>   Deirdre N. Hykal<br>   787 Seventh Avenue<br>   New York, New York 10019<br>   (212) 728-8000<br>   dhykal@willkie.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Bloomberg L.P.* |

SO ORDERED: _____
                             United States District Judge

Dated: April 17, 2015

GETMAN & SWEENEY

By: _____
Dan Getman
9 Paradies Lane
New Paltz, New York 12561
dgetman@getmansweeney.com

*Attorneys for Plaintiffs*

WILLKIE FARR & GALLAGHER LLP

By: _____
Deirdre N. Hykal
787 Seventh Avenue
New York, New York 10019
(212) 728-8000
dhykal@willkie.com

*Attorneys for Defendant Bloomberg L.P.*

SO ORDERED: _____
United States District Judge

Dated: April 17, 2015

GETMAN & SWEENEY

By: _____
   Dan Getman
   9 Paradies Lane
   New Paltz, New York 12561
   dgetman@getmansweeney.com

*Attorneys for Plaintiffs*

WILLKIE FARR & GALLAGHER LLP

By: _____
   Deirdre N. Hykal
   787 Seventh Avenue
   New York, New York 10019
   (212) 728-8000
   dhykal@willkie.com

*Attorneys for Defendant Bloomberg L.P.*

SO ORDERED: _____
                 United States District Judge