IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LEE SIEGEL, individually and on behalf of others similarly situated,**<br><br>                              **Plaintiffs,**<br>**v.**<br><br>**BLOOMBERG L.P.,**<br><br>                              **Defendant.** | Case No. 13 CV 1351 (DCF) |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE, that upon Plaintiffs' Memorandum of Law in Support of Their Motion for Approval of Counsel's Fees and Costs, supporting declarations and exhibits, Plaintiffs, by their attorneys, move to request that the Court award them attorneys' fees in the amount $397,417.05 (plus any addition to the lodestar required to prepare a reply and argue the motion), and reimbursement of expenses in the amount of $15,953.63. The motion will be heard before the Honorable Debra Freeman at the United States District Court, 500 Pearl St., New York, NY 10007, on a date and time to be determined by the Court.

Dated: May 15, 2015

Respectfully Submitted,

   */s/ Dan Getman*
Dan Getman (DG4613)
Lesley Tse
Artemio Guerra
Getman & Sweeney, PLLC
9 Paradies Lane
New Paltz, NY 12561
Phone: (845) 255-9370
Fax (845) 255-8649

Counsel for Plaintiffs