UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/16

LEE SIEGEL, PHILIP HARRIS, and JORGE OLIVEROS, *individually and on behalf of others similarly situated*,

                            Plaintiffs,

      -against-

BLOOMBERG L.P.,

                            Defendant.

13cv1351 (DF)

## JUDGMENT IN A CIVIL CASE

Decision having been rendered on March 22, 2016, IT IS ORDERED AND ADJUDGED THAT Defendant is liable and directed to pay to Plaintiffs the sum of $346,341.80, representing $330,388.17 in attorneys' fees and $15,953.63 in litigation costs.

The Clerk of Court is respectfully directed to close this action on the Docket of the Court.

Dated: New York, New York
         March 31, 2016

                              SO ORDERED

                              DEBRA FREEMAN
                              United States Magistrate Judge